

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00094-CV

EAST TEXAS BAPTIST UNIVERSITY, A TEXAS
NOT-FOR-PROFIT CORPORATION, Appellant

V.

ASI CAMPUS LAUNDRY SOLUTIONS, A DIVISION
OF COINMACH CORPORATION, A DELAWARE CORPORATION
REGISTERED TO DO BUSINESS IN THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 12-0665

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

East Texas Baptist University has filed a motion to stay proceedings in this appeal pending its completion of settlement activities with ASI Campus Laundry Solutions. The appellee's brief was due to be filed December 3, 2012, and, pursuant to a motion to enforce filed by appellee, a hearing was to have been conducted in the trial court before this date to make recommendations on enforcement of appellee's temporary injunction.

Based on the representations of both parties in this case, we order all further actions herein stayed for a period of thirty days from the date of this order, including the hearings in the trial court.

By this order, we further extend the due date of appellee's brief by forty-five days from today's date.

Appellee's brief is now due on January 25, 2013.

IT IS SO ORDERED.

BY THE COURT

Date: December 11, 2012

2